U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

FEB 18 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ODIE B. BRYANT** | *****CIVIL ACTION NO. 6:14-0808** |
| **VS.** | *****JUDGE HAIK** |
| **RICHARD ARCENEAUX, ET AL.** | *****MAGISTRATE JUDGE HILL** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil action is **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this _18th_ day of _February_, 2015.

**RICHARD T. HAIK, SR.**
**UNITED STATES DISTRICT JUDGE**